# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Dwayne Allen Massey,

    Plaintiff(s),

vs.

Officer Shieltl, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08-CV-33

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/6/2008 Order.

Signed: March 6, 2008

Frank G. Johns, Clerk
United States District Court